■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS WILLIAMS, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Harrington, J.), rendered April 8, 1985.

Ordered that the judgment is affirmed (see, People v Kazepis, 101 AD2d 816). Thompson, J. P., Eiber, Sullivan and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY WILSON, Appellant.—Appeal by the defendant from two judgments of the County Court, Suffolk County (Tisch, J.), both rendered February 27, 1985, convicting him of burglary in the second degree (two counts) under indictment No. 650/84, and attempted burglary in the second degree under indictment No. 903/84, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Eiber, Sullivan and Harwood, JJ., concur.